[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-14330

Non-Argument Calendar

_____

JOSEPH ALEXANDER CLARKE,

Plaintiff-Appellant,

*versus*

KIMBERLY M. ESMOND ADAMS,
FANI T. WILLIS,
CATHELENE TINA ROBINSON,
CHRIS CARR,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-04408-LMM

_____

Before WILLIAM PRYOR, Chief Judge, and ABUDU and ANDERSON,
Circuit Judges.

PER CURIAM:

Joseph Clarke, a Georgia prisoner, appeals *pro se* the dismissal of his complaint against various state and court officials. 42 U.S.C. § 1983. We affirm.

The district court did not abuse its discretion when it *sua sponte* dismissed Clarke's complaint, 28 U.S.C. § 1915A. *Miller v. Donald*, 541 F.3d 1091, 1100 (11th Cir. 2008). Insofar as the complaint challenges his incarceration with its references to the "commercial charges" against him and the "confinement of [his] body still being held as collateral," the district court correctly concluded that this challenge was barred under *Heck v. Humphrey*, 512 U.S. 477 (1994), because requiring the officials to accept his "unrebutted commercial affidavit of truth" would necessarily imply the invalidity of his convictions. And the district court correctly determined that the complaint was otherwise frivolous because Clarke's allegations, which are "typical of those often used by so-called 'sovereign citizens,'" lack "an arguable basis either in law or in fact." *Miller*, 541 F.3d at 1100.

22-14330                Opinion of the Court                3

We **AFFIRM** the dismissal of Clarke's complaint.